BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
NATHANIEL CLARK
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

**FILED**

DEC 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-490 DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION AND [~~PROPOSED~~] |
| v. | ) | ORDER |
| | ) | |
| ALBERTO AGUILAR, | ) | |
| | ) | DATE: December 15, 2009 |
| Defendant. | ) | TIME:  10:00 a.m. |
| _____ | ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure, plaintiff United States of America, by and through its
undersigned attorney, hereby moves this Honorable Court for an
Order dismissing with prejudice Cr. No. S-09-490 DAD.

DATED: December 15, 2009          BENJAMIN B. WAGNER
                                  United States Attorney


                             By:/s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: December 14, 2009

_____
HON. DALE A. DROZD
United States Magistrate Judge